PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:23-po-00365-CDB |
| Plaintiff, | [Citation #E1919401, CA71] |
| v. | |
| YUAN HAOXUAN, | MOTION TO CONVERT MANDATORY APPEARANCES TO COLLATERAL |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to convert [Citation #E1919401, CA71] in Case No. 5:23-po-00365-CDB against Defendant YUAN HAOXUAN in the interests of justice.

The citation in this case was properly issued as a mandatory appearance within the discretion of the citing officer. Under the bail schedule for the Eastern District of California, "Operating a motor vehicle off road in undesignated areas," in violation of 36 C.F.R. § 4.10(a), is an offense for which an officer is expressly authorized to issue a mandatory appearance citation or a $750 collateral citation for the more serious of such violations ("Joyriding" vs. "Parking").

Although the citation was issued properly as a mandatory citation, the United States seeks to convert the citation to a collateral amount. Based on the available information, Defendant appears to have taken early responsibility and learned a valuable lesson as to the alleged misconduct, having had to

be transported for medical treatment.  The United States therefore believes a collateral amount of $750 (a significant sum for misdemeanors) to be a fair outcome in the interests of justice.  *See also James & Elizabeth Console Fam. v. United States*, No. 23-CV-652-DMS-BLM, 2023 WL 6120609, at *4 (S.D. Cal. Sept. 18, 2023) ("Prosecutorial discretion is defined as [a] prosecutor's power to choose from the options available in a criminal case, such as filing charges, prosecuting, not prosecuting, plea-bargaining, and recommending a sentence to the court." (internal quotation mark and citation omitted)).

DATED: December 31, 2023                                         Respectfully submitted,

                                                                                       PHILLIP A. TALBERT
                                                                                       United States Attorney

By:   /s/ *Chan Hee Chu*
         CHAN HEE CHU
         Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED on the motion of the United States of America that [Citation #E1919401, CA71] in Case No. 5:23-po-00365-CDB against YUAN HAOXUAN be converted to a bailable citation with collateral amount of $750 and a $30.00 processing fee.

IT IS SO ORDERED.

Dated: **January 3, 2024**

_____
UNITED STATES MAGISTRATE JUDGE